In the Matter of the Application of THE CITY OF NEW
YORK, Appellant, for the Appointment of Commission-
ers of Estimate and Assessment in Proceedings to Dis-
continue and Close West One Hundred and Fifty-first
Street in the Borough of Manhattan.
MORGAN J. O'BRIEN et al., as Executors of FRANCIS HIG-
GINS, Deceased, Respondents.

*Matter of City of New York (West 151st Street)*, 175 App. Div. 930,
affirmed.

(Argued February 28, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 3, 1916, which affirmed an order of Special
Term confirming the report of commissioners of estimate
and assessment in a street closing proceeding. The ques-
tion involved was whether the estate of Francis Higgins
was entitled to compensation under chapter 1006 of the
Laws of 1895, in view of the facts established by the evi-
dence before the commissioners as to the construction of
One Hundred and Fifty-first street, more than fifty years
ago, so as to afford access to the property, its use for that
period in giving such access, and that during that period
it had no other means of access.

*Lamar Hardy, Corporation Counsel (L. Howell La
Motte* of counsel), for appellant.

*James R. Deering* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN,
POUND, MCLAUGHLIN and ANDREWS, JJ.